

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2020

No. 04-20-00438-CV

**IN RE** Luis and Olga **ORTIZ**

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-099-CIV
Honorable Enrique Fernandez, Judge Presiding

Original Mandamus Proceeding[1]

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Luz Elena Chapa, Justice

On September 15, 2020, this court issued an order allowing the respondent and the real parties in interest to file a response to the petition in this court no later than September 30, 2020. Our order also denied the Motion to Strike and Deny Request for Temporary Relief filed by the real parties in interest, stayed all underlying proceedings pending final resolution of the petition for writ of mandamus, and ordered the real parties in interest to return the child, J.E.N., to the possession of relators <u>within twenty-four hours of this order</u> pending final resolution of the petition for writ of mandamus.

On September 16, 2020, the real parties in interest filed an Emergency Motion to Reconsider for Mootness, which relators oppose. The Motion to Reconsider for Mootness is denied.

It is so **ORDERED** September 16, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2020-0099-CI, styled *Ex parte J.E.N., A Child*, pending in the 63rd Judicial District Court, Val Verde County, Texas. The Honorable Enrique Fernandez signed the order at issue in this original proceeding.